UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **NATCHITOCHES PARISH SCHOOL BOARD** | * | |
| | * | **CIVIL ACTION NO.: 3:23-00435** |
| **VERSUS** | * | |
| | * | **JUDGE: JWD** |
| **CERTAIN UNDERWRITERS AT LLOYD'S,** | * | |
| **LONDON, INDIAN HARBOR INSURANCE** | * | **MAGISTRATE: EWD** |
| **COMPANY, QBE SPECIALTY INSURANCE** | * | |
| **COMPANY, LEXINGTON INSURANCE** | * | |
| **COMPANY, STEADFAST INSURANCE** | * | |
| **COMPANY, GENERAL UNITED** | * | |
| **SPECIALTY INSURANCE COMPANY,** | * | |
| **GENERAL SECURITY INDEMNITY** | * | |
| **COMPANY OF ARIZONA, HDI GLOBAL** | * | |
| **SPECIALTY SE, OLD REPUBLIC UNION** | * | |
| **INSURANCE COMPANY, SAFETY** | * | |
| **SPECIALTY INSURANCE COMPANY** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION TO SUBSTITUTE PLEADING

**NOW COMES,** Petitioners, Certain Underwriters at Lloyd's, London subscribing to Policy No. AMR-6737601 ("Underwriters"), Indian Harbor Insurance Company, QBE Specialty Insurance Company, Lexington Insurance Company, Steadfast Insurance Company, General United Specialty Insurance Company, General Security Indemnity Company of Arizona, HDI Global Specialty SE ("HDI Global"), Old Republic Union Insurance Company, and Safety Specialty Insurance Company (collectively hereinafter "Petitioners" or "Insurers"), who, under the instruction of this Court, seek to substitute their previous Petition to Compel Arbitration and Stay Litigation with Incorporated Supporting Memorandum of Law [R. Doc. 1] with the attached motion, memorandum in support, and order.

**WHEREFORE**, based upon the foregoing, Petitioners respectfully pray that this motion be granted and that their previous Petition to Compel Arbitration and Stay Litigation with

Incorporated Supporting Memorandum of Law [R. Doc. 1] be replaced with the attached motion, memorandum in support, and order.

| **CERTIFICATE OF SERVICE** | Respectfully Submitted, |
|---|---|
| I hereby certify that I have served a copy of the foregoing upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this the 14 June 2023.<br><br>      */s/ Talbot M. Quinn*       | **DEUTSCH KERRIGAN, LLP**<br><br>BY:    */s/ Talbot M. Quinn*       <br>**SEAN P. MOUNT, #27584**<br>**smount@deutschkerrigan.com**<br>**BRYCE M. ADDISON, #36345**<br>**baddison@deutschkerrigan.com**<br>**TALBOT M. QUINN, #36632**<br>**tquinn@deutschkerrigan.com**<br>755 Magazine Street<br>New Orleans, LA 70130<br>Phone: 504-581-5141<br>Attorneys for petitoners, Certain Underwriters at Lloyd's London, Indian Harbor Insurance Company, Lexington Insurance Company, QBE Specialty Insurance Company, Steadfast Insurance Company, United Specialty Insurance Company, General Security Indemnity Company of Arizona, HDI Global Specialty SE, Old Republic Union Insurance Company, and Safety Specialty Insurance Company |

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **NATCHITOCHES PARISH SCHOOL BOARD** | * | |
| | * | **CIVIL ACTION NO.: 3:23-00435** |
| **VERSUS** | * | |
| | * | **JUDGE: JWD** |
| **CERTAIN UNDERWRITERS AT LLOYD'S,** | * | |
| **LONDON, INDIAN HARBOR INSURANCE** | * | **MAGISTRATE: EWD** |
| **COMPANY, QBE SPECIALTY INSURANCE** | * | |
| **COMPANY, LEXINGTON INSURANCE** | * | |
| **COMPANY, STEADFAST INSURANCE** | * | |
| **COMPANY, GENERAL UNITED** | * | |
| **SPECIALTY INSURANCE COMPANY,** | * | |
| **GENERAL SECURITY INDEMNITY** | * | |
| **COMPANY OF ARIZONA, HDI GLOBAL** | * | |
| **SPECIALTY SE, OLD REPUBLIC UNION** | * | |
| **INSURANCE COMPANY, SAFETY** | * | |
| **SPECIALTY INSURANCE COMPANY** | * | |

*****************************************************************************

## ORDER

**IT IS ORDERED** that the motion is **GRANTED** and that the pleading titled "Petition to Compel Arbitration and Stay Litigation with Incorporated Supporting Memorandum of Law." [R. Doc. 1] be hereby substituted with the new motion, memorandum in support, and order.

**THUS DONE AND SIGNED** in Chamber on this _____ day of _____, 2023.

_____
**JOHN W. DEGRAVELLES**
**UNITED STATES DISTRICT JUDGE**